IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

VS.                      No.  3:05CV00125 GTE

RUTHIE P. WOOD and SAM WOOD,
Deceased                                                              DEFENDANTS

**ORDER APPROVING MARSHAL'S DEED**

On this day Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to **Pugh Partnership, LP**, the purchaser of Tract II described in said deed, and upon examination of said deed, the same is, in all things, approved.  A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Ray E. Carnahan acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: January 24, 2006

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE