IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                              No.  3:05CV00125 GTE

RUTHIE P. WOOD and SAM WOOD,
Deceased                                                                    DEFENDANTS

ORDER OF DISTRIBUTION

On December 14, 2005, at 10:00 a.m., at the front entrance of the Crittenden County Courthouse, Marion, Arkansas, the U.S. Marshal offered for sale Tract I and Tract II described in the judgment entered on November 1, 2005.  At such sale, James Buffington was the highest and best bidder for Tract I, and the property was then sold to **James G. Buffington and Martha A. Buffington, husband and wife;** and Jim and Shelly Pugh were the highest and best bidders for Tract II, and the property was then sold to **Pugh Partnership LP**.

On December 21, 2005, the U.S. Marshal received $45,000.00 for Tract I and $2,000.00 for Tract II totaling **$47,000.00** for payment in full.  In accordance with the terms of the judgment, it is hereby ORDERED that the U.S. Marshal transfer the above-mentioned funds to the U.S. Department of Agriculture, Farm Service Agency, 3416 Federal Building, 700 West Capitol, Little Rock, AR  72201, and notify Gwendolyn D. Hodge, Assistant United States Attorney, by sending copy of same.

DATED: January 24, 2006

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE